UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA SMITH WOOLARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:22-CV-28–D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 19], DENIES plaintiff's motion for judgment on the pleadings [D.E. 12], GRANTS defendant's motion for judgment on the pleadings [D.E. 16], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on August 15, 2023, and Copies To:**
Branch W. Vincent , III          (via CM/ECF electronic notification)
Cathleen C. McNulty              (via CM/ECF electronic notification)
Keeya M. Jeffrey                 (via CM/ECF electronic notification)

DATE:                                    PETER A. MOORE, JR., CLERK
August 15, 2023                          (By) /s/ Stephanie Mann
                                          Deputy Clerk